AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JASON SIMPSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-CV-02297 |
| HOBBICO, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hobbico, Inc.

Date: 01/02/2018

/s/ Danielle Kays
*Attorney's signature*

Danielle M. Kays, Bar No. 6284321
*Printed name and bar number*

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
*Address*

dkays@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON SIMPSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-CV-02297 |
| HOBBICO, INC. ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  01/02/2018 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

  John A. Baker (jab@bbklegal.com)                                                                                                ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Danielle Kays
*Attorney's signature*

Danielle M. Kays, Bar No. 6284321
*Printed name and bar number*

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
*Address*

dkays@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*Fax number*