E-FILED
Thursday, 04 January, 2018  09:42:29 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| JASON SIMPSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-02297 |
| HOBBICO, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hobbico, Inc.                                                                                          .

Date:  01/04/2018

/s/ Richard McArdle
*Attorney's signature*

Richard McArdle, Bar No. 6216504
*Printed name and bar number*

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448

*Address*

rmcardle@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON SIMPSON | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   17-CV-02297 |
| HOBBICO, INC. | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on __01/04/2018_____, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

___John A. Baker (jab@bbklegal.com)_____,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

_____/s/ Richard McArdle_____
*Attorney's signature*

_____Richard McArdle, Bar No. 6216504____
*Printed name and bar number*

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
*Address*

_____rmcardle@seyfarth.com_____
*E-mail address*

_____(312) 460-5000_____
*Telephone number*

_____(312) 460-7000_____
*Fax number*