E-FILED
Tuesday, 02 October, 2018  08:54:07 AM
Clerk, U.S. District Court, ILCD

**In the United States District Court
For the Central District of Illinois
Urbana Division**

| | | | |
|---|---|---|---|
| JASON SIMPSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 17-cv-02297 |
| | ) | | |
| HOBBICO, INC., | ) | | |
| | ) | | |
| Defendants. | ) | | |

**Plaintiff's Status Report**

Now Comes the Plaintiff, JASON SIMPSON ("Simpson"), by and through his undersigned counsel, John A. Baker, and reports to the Court as follows:

1. On July 30, 2018, the undersigned received notice that the Defendant, Hobbico, Inc. ("Hobbico"), has converted its Chapter 11 filing under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (Case No. 18-10055) to a Chapter 7 filing.

2. The bankruptcy proceeding continues to proceed and the automatic stay has not been lifted.

3. All creditors in the bankruptcy claim were directed to file a proof of claim no later than September 26, 2018.

4. Simpson filed a proof of claim on September 26, 2018.

Wherefore, Simpson respectfully requests that this Court enter an order continuing the stay of all deadlines and proceedings in this case pending further order from the United States Bankruptcy Court for the District of Delaware.

                                                   Jason Simpson

                                                   By: <u>/s/ John A. Baker</u>
                                                               His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:        (217) 522-3445
Facsimile:         (217) 522-8234
Email:             jab@bbklegal.com

## Certificate of Service

This document was served via ECF and a copy will automatically be sent to all counsel of record.

>Jason Simpson
>By: /s/ John A. Baker
>His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: jab@bbklegal.com