E-FILED
Tuesday, 22 January, 2019  04:04:56 PM
Clerk, U.S. District Court, ILCD

**In the United States District Court**
**For the Central District of Illinois**
**Urbana Division**

| | | |
|---|---|---|
| JASON SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    17-cv-02297 |
| | ) | |
| HOBBICO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## Plaintiff's Status Report

Now Comes the Plaintiff, JASON SIMPSON ("Simpson"), by and through his undersigned counsel, John A. Baker, and reports to the Court as follows:

1. As an initial matter, the undersigned apologizes to the Court for the delay in filing this report. The delay, while owing to a calendaring mistake, should not have occurred and the undersigned apologizes to both the Court and counsel.

2. On July 30, 2018, the undersigned received notice that the Defendant, Hobbico, Inc. ("Hobbico"), has converted its Chapter 11 filing under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (Case No. 18-10055) to a Chapter 7 filing.

3. All creditors in the bankruptcy claim were directed to file a proof of claim no later than September 26, 2018.

4. Simpson filed a proof of claim on September 26, 2018.

5. Simpson has received no notification on the status of his claim nor has he been notified that the debt has been discharged through the bankruptcy.

Wherefore, Simpson respectfully requests that this Court enter an order continuing the stay of all deadlines and proceedings in this case pending further order from the United States Bankruptcy Court for the District of Delaware.

                                      Jason Simpson

                                  By: /s/ John A. Baker
                                          His Attorney

John A. Baker  
Baker, Baker & Krajewski, LLC  
415 South Seventh Street  
Springfield, Illinois 62701  
Telephone:	(217) 522-3445  
Facsimile:	(217) 522-8234  
Email:		jab@bbklegal.com

## Certificate of Service

This document was served via ECF and a copy will automatically be sent to all counsel of record.

>Jason Simpson
>By: /s/ John A. Baker
>His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:         (217) 522-3445
Facsimile:         (217) 522-8234
Email:             jab@bbklegal.com