IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JASON SIMPSON,<br><br>   Plaintiff,<br><br> v.<br><br>HOBBICO, INC.,<br><br>   Defendant. | Case No. 2:17-cv-02297-CSB-EIL<br><br>Magistrate Judge Eric I. Long |

## DEFENDANT HOBBICO, INC.'S STATUS REPORT

  Defendant Hobbico, Inc. submits this status report pursuant to the Court's May 14, 2019 Order. Bankruptcy counsel for Hobbico advises that the bankruptcy is still pending and it has not yet been determined whether or not there will be funds for distribution.

**DATED: May 21, 2019**

            Respectfully submitted,

            HOBBICO, INC.


            By:/s/Danielle M. Kays
              One of Its Attorneys

Richard P. McArdle
rmcardle@seyfarth.com
Danielle M. Kays, Bar No. 6284321
dkays@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I caused a copy of the foregoing DEFENDANT'S HOBBICO, INC.'S STATUS REPORT to be served upon the following through the Court's electronic case filing system:

>John A. Baker
>Baker, Baker & Krajewski, LLC
>415 S. Seventh Street
>Springfield, IL 62701
>jab@bbklegal.com

>*/s/ Danielle M. Kays*
>Danielle M. Kays

57043009v.1 / 022873-000022