# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

JASON SIMPSON,

      Plaintiff,

v.

HOBBICO, INC.,

      Defendant.

Case No. 2:17-cv-02297-CSB-EIL

Magistrate Judge Eric I. Long

## DEFENDANT HOBBICO, INC.'S STATUS REPORT

    Defendant Hobbico, Inc. submits this status report pursuant to the Court's May 22, 2019 Order.  Bankruptcy counsel for Hobbico advises that the bankruptcy is still pending and it has not yet been determined whether or not there will be funds for distribution.

**DATED: July 25, 2019**

Respectfully submitted,

HOBBICO, INC.


By:*/s/Danielle M. Kays*
    One of Its Attorneys

Richard P. McArdle
rmcardle@seyfarth.com
Danielle M. Kays, Bar No. 6284321
dkays@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

58211781v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, I caused a copy of the foregoing DEFENDANT'S HOBBICO, INC.'S STATUS REPORT to be served upon the following through the Court's electronic case filing system:

>John A. Baker
>Baker, Baker & Krajewski, LLC
>415 S. Seventh Street
>Springfield, IL 62701
>jab@bbklegal.com

>*/s/ Danielle M. Kays*
>Danielle M. Kays

58211781v.1