E-FILED
Friday, 20 March, 2020  10:41:02 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

JASON SIMPSON,

                Plaintiff,

      v.                           Case No. 2:17-cv-02297-CSB-EIL

HOBBICO, INC.,                  Magistrate Judge Eric I. Long

                Defendant.

## DEFENDANT HOBBICO, INC.'S STATUS REPORT

Defendant Hobbico, Inc. submits this status report pursuant to the Court's December 23, 2019 Order.  Bankruptcy counsel for Hobbico advises that the bankruptcy is still pending and it has not yet been determined whether or not there will be funds for distribution.

**DATED: March 20, 2020**

                                   Respectfully submitted,

                                   HOBBICO, INC.

                                   By:*/s/Danielle M. Kays*
                                     One of Its Attorneys

Richard P. McArdle
rmcardle@seyfarth.com
Danielle M. Kays, Bar No. 6284321
dkays@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:    (312) 460-5000
Facsimile:     (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I caused a copy of the foregoing DEFENDANT'S

HOBBICO, INC.'S STATUS REPORT to be served upon the following through the Court's electronic

case filing system:

John A. Baker
Baker, Baker & Krajewski, LLC
415 S. Seventh Street
Springfield, IL 62701
jab@bbklegal.com


*/s/ Danielle M. Kays*
Danielle M. Kays

62348787v.1 / 024890-000219