IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Jason Simpson, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-cv-2297-CSB-EIL |
| Hobbico, Inc., | ) ) ) |
| Defendant. | ) ) |

**Motion to Dismiss Pursuant to Fed.R.Civ.P. 42(b)**

In support of his motion seeking dismissal of his claims, Jason Simpson states as follows:

1. This case has been stayed for approximately six years while Hobbico's bankruptcy proceedings were resolved.

2. Based upon the most recent status report filed by Hobbico, Doc. 30, Simpson understands that the bankruptcy has been finalized, there are no assets to pay his claim, and the debtor has been discharged.

3. For the above reasons, it is appropriate for this matter to be dismissed at this point in time.

Wherefore, pursuant to Fed.R.Civ.P. 42(b), Jason Simpson requests that this Court enter an order dismissing Simpson's claims with prejudice.

*Jason Simpson*
May 30, 2024

By:/s/ John A. Baker
    His Attorney
John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:   (217) 522-3445
Facsimile:   (217) 522-8234
Email:         jab@bbklegal.com

## Certificate of Service

    This document was filed utilizing this Court's ECF system. A copy will automatically be served on all counsel of record. No copies have been served via any alternative method of service.

*Jason Simpson*
MAY 30, 2024

By:<u>/s/ John A. Baker</u>
    His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:   (217) 522-3445
Facsimile:   (217) 522-8234
Email:   jab@bbklegal.com